# EXHIBIT 3

Case No. 5:26-cv-00940

FILED
1/9/2026 4:56 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Rosa Lynn Aguilera-Rodriguez
Bexar County - 288th District Court

CIT PPS/SAC 3

CAUSE NO. 2026CI00562

| | | |
|---|---|---|
| DOMO, INC., | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | ____ JUDICIAL DISTRICT |
| | § | |
| GRUNT STYLE, LLC DBA | § | |
| GRUNT STYLE, | § | |
| DEFENDANT. | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, DOMO, INC. (also referred to as "Plaintiff"), complaining of GRUNT STYLE, LLC DBA GRUNT STYLE (also referred to as "Defendant"), and files this its Original Petition and for cause of action will respectfully show the Court the following:

1. *Discovery Level.* Discovery is intended to be conducted under Level 2, as provided by Rule 190.2, Texas Rules of Civil Procedure.

2. *Parties.* Plaintiff is **DOMO, INC.**, whose address is in care of Barnett & Garcia, PLLC, 3821 Juniper Trace, Suite 108, Austin, Texas 78738.

Defendant, **GRUNT STYLE, LLC DBA GRUNT STYLE**, is a Foreign Limited Liability Company that can be served by delivering a citation and a copy of this petition to its registered agent, **INCORP SERVICES, INC.**, or its president or any vice-president or any member, at **815 BRAZOS, SUITE 500, AUSTIN, TX 78701**.

3. *Amount in Controversy.* Plaintiff seeks from Defendant only monetary relief of $250,000 or more, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. The damages sought are within the jurisdictional limits of the court.

4. *Sworn Account.* Plaintiff sold to Defendant one or more items of goods, wares, merchandise or services as shown on the attached statement of account in the usual course of business. Defendant became bound to pay Plaintiff the designated price, which is a reasonable, usual, and customary price for such an item or service. Plaintiff's affidavit and statement of account are attached hereto as Exhibit "A" and are incorporated herein by reference as if set out word for word. This verified account represents a transaction or series of transactions for which a systematic record has been kept.

CA70695.001

5. *Contract*. In the alternative, Defendant contracted for goods, wares, merchandise and/or services from Plaintiff at the special instance and request of Defendant in the regular course of Plaintiff's business. Plaintiff has fully complied with the agreement. Defendant accepted the goods, wares, merchandise or services and agreed and became bound to pay Plaintiff's designated charges, which are reasonable, usual, and customary for such items or services.

6. *Open Account*. In the alternative, there were transactions between Plaintiff and Defendant creating a creditor-debtor relationship through the general course of dealing, with the account remaining open, and with the expectation of further dealing. Defendant ceased paying on the open account and became bound and liable to pay Plaintiff the remaining balance.

7. *Default, Debt and Breach*. Despite demand, Defendant has refused and failed to pay the balance of the account, with a balance remaining due to Plaintiff in the sum of $330,513.84, plus accrued interest. There are no further offsets, credits, or payments existing in favor of Defendant.

8. *Quantum Meruit and Unjust Enrichment*. In the alternative, Plaintiff pleads for recovery under the doctrine of quantum meruit. Plaintiff rendered valuable services for or furnished goods to Defendant under circumstances as reasonably notified Defendant that Plaintiff expected to be paid by Defendant. Defendant accepted, used, and enjoyed the services or goods provided by Plaintiff, but has not paid Plaintiff for them. As a result, Defendant has been unjustly enriched.

9. *Conditions Precedent*. All conditions precedent have been performed or have occurred.

10. *Notice of Filing of Business Records*. Plaintiff provides notice, pursuant to TEX. R. CIV. PRO. 902(10)(A), that the business records attached hereto as Exhibit "A" may be used at the trial of this matter.

11. *Attorney's Fees*. Defendant's default has made it necessary for Plaintiff to employ the undersigned attorney to file suit. Plaintiff is entitled to recover reasonable and necessary attorney fees under Texas Civil Practice & Remedies Code § 38.001. Plaintiff retained counsel and presented Plaintiff's claim to Defendant in compliance with Texas Civil Practice & Remedies Code § 38.002, but the amount remains unpaid.

12. *Prayer*. WHEREFORE, Plaintiff prays that

   a. Defendant be cited to appear and answer herein;
   b. Plaintiff be granted judgment for $330,513.84 as the principal amount due on this account;
   c. Plaintiff be granted judgment for accrued and unpaid interest on the debt before maturity;

    d. Plaintiff be granted judgment for pre-judgment and post-judgment interest on the matured, unpaid debt at the highest legal or contractual rate allowed by law;
    e. Plaintiff be granted judgment for reasonable attorney's fees;
    f. Plaintiff be granted judgment for all costs of court; and
    g. Plaintiff be granted judgment for other and further relief to which Plaintiff is justly entitled.

Respectfully submitted,

**BARNETT & GARCIA**
A Professional Limited Liability Company
3821 Juniper Trace, Suite 108
Austin, Texas 78738
TELEPHONE: (512) 266-8830
FACSIMILE: (512) 266-8803

*Kristen D. Huff*

Kristen D. Huff
State Bar No. 24034494
kristen@barnettgarcia.com
Lawrence J. Falli
State Bar No. 24068702
Matias Eduardo Garcia
State Bar No. 24012675
Ian A. McCarthy
State Bar No. 24078960
Jennie M. Bass
State Bar No. 24141500

**ATTORNEYS FOR PLAINTIFF**

CA70695.001

# EXHIBIT "A"

CA70695.001

## AFFIDAVIT

STATE OF __Utah__         §
                          §
COUNTY OF __Utah__        §
                          §

BEFORE ME, the undersigned authority, on this day personally appeared __Eric Davies__, who swore on oath that the following facts are true:

"My name is __Eric Davies__. I am of sound mind, over 18 years of age, and capable of making this affidavit, and I have personal knowledge of the facts stated herein.

"I am an employee or owner of __Domo Inc.__ hereinafter referred to as the 'Creditor'. Attached hereto are records from the Creditor. I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. These records are kept by the Creditor in the regular course of business, and it was the regular course of business of the Creditor for an employee or representative of the Creditor with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in the record, and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"The attached records and the account included therein, in favor of the Creditor and against Defendant, __Grunt Style__, for the principal sum of $ __330,513.84__, as reflected in those records, is just, true, and due. All just and lawful offsets, payments, and credits have been allowed."

_____
Affiant

Sworn and subscribed before me by __Cale Hunt__ on __November 17th__, 20__25__.

_____
Notary Public

My Commission Expires on: __6/5/2026__

```
CALE HUNT
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 725073
COMM. EXP. 06-05-2026
```



DOMO, Inc.
802 E 1050 S
American Fork UT 84003
United States

# Statement

2/3/2025

**Billing Address**
Grunt Style, LLC
900 Broadway St.
San Antonio TX 78215
United States

**Amount Due**
$330,513.84

| Date | Document(s) | | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 3/8/2019 | Payment #100-15380 | | | $276.16 | ($276.16) |
| 5/8/2024 | Invoice #100-57457 | | $154,735.00 | | $154,458.84 |
| 1/31/2025 | Invoice #100-62132 | | $176,055.00 | | $330,513.84 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $176,055.00 | $0.00 | $0.00 | $0.00 | $154,458.84 | $330,513.84 |

**Automatic Direct Debit Payment Instructions:**
Please contact your AR Specialist to setup your automatic direct debit payment by responding to the invoice email, by emailing: orders@domo.com, or by calling +1 801-418-9970 (Monday-Friday 8am-5pm MST).

**Wiring & ACH Instructions**

| | | **Instructions for Mail** | |
|---|---|---|---|
| Pay To: | JPMorgan Chase | For delivery via regular US postal service: | |
| | 270 Park Avenue | Lockbox Name: | DOMO, INC. |
| | New York, NY 10017 | | |
| For ACH Delivery: | | Lockbox Address: | PO Box 737539 |
| | | | Dallas, TX 75373-7539 |
| Primary Bank Routing Number | 124001545 | For delivery via overnight courier service: | |
| Account Number: | 932652602 | Lockbox Name: | JPMorgan Chase (TX1-0029) |
| Account Name: | Domo, Inc | | Attn: DOMO, INC. 737539 |
| For Wire Transfers: | | Lockbox Address: | 14800 Frye Road, 2nd Floor |
| Bank Routing Number: | 021000021 | | Ft Worth, TX 76155 |
| SWIFT Code: | CHASUS33 | | |
| Account Number: | 932652602 | | |
| Account Name: | Domo, Inc | | |
| By Order Of: | [Name of Sender and Ref Num] | | |



DOMO, Inc.
802 E 1050 S
American Fork UT 84003
United States

# Invoice

#100-57457

5/8/2024

**Bill To**
Grunt Style, LLC
900 Broadway St.
San Antonio TX 78215
United States

**Ship To**
Grunt Style, LLC
900 Broadway St.
San Antonio TX 78215
United States

**Total Due**

**USD $154,735.00**

Due Date: 6/7/2024

VAT / GST Number (If applicable)

| Terms | Due Date | PO # | Sales Rep | Contract Start Date | Contract Term |
|---|---|---|---|---|---|
| Net 30 | 6/7/2024 | SO Renewal Amendment | 2624 Jameson King | 4/28/2023 | 37.323 |

| Total Qty | Invoice Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 1 | PL01010013 | Domo License Bundle Platform - Includes 5 Users and 50M Data Rows | $120,000.00 | $120,000.00 |
| 1 | 0.333 | BU01020015 | Unlimited Platform Users | $0.00 | $0.00 |
| 1 | 1 | PL12200035 | Execution Credits - Includes 70,000 Credits | $0.00 | $0.00 |
| 1 | 0.333 | RV00000001 | Legacy Execution Blocks - 450,000 Credits | $0.00 | $0.00 |
| 1 | 0.333 | PL11200021 | Domo Sandbox (Standard) | $0.00 | $0.00 |
| 1 | 0.333 | PL11200031 | Governance Toolkit | $0.00 | $0.00 |
| 1 | 0.333 | BK01010003 | Brand Kit | $0.00 | $0.00 |

Automatic Direct Debit Payment Instructions:

To setup your automatic direct debit payment, please click here or contact your AR Specialist by responding to the invoice email, by emailing orders@domo.com, or by calling +1-801-418-9970 (Monday-Friday 8am-5pm MST).

| Wiring & ACH Instructions | | Instructions for Mail | |
|---|---|---|---|
| Pay To: | JPMorgan Chase<br>270 Park Avenue<br>New York, NY 10017 | For delivery via regular US postal service: | |
| | | Lockbox Name: | DOMO, INC. |
| For ACH Delivery: | | Lockbox Address: | PO Box 737539<br>Dallas, TX 75373-7539 |
| Primary Bank Routing Number: | 124001545 | For delivery via overnight courier service: | |
| Account Number: | 932652602 | Lockbox Name: | JPMorgan Chase (TX1-0029)<br>Attn: DOMO, INC. 737539 |
| Account Name: | Domo, Inc | | |
| For Wire Transfers: | | Lockbox Address: | 14800 Frye Road, 2nd Floor<br>Ft Worth, TX 76155 |
| Bank Routing Number: | 021000021 | | |
| SWIFT Code: | CHASUS33 | | |
| Account Number: | 932652602 | | |
| Account Name: | Domo, Inc | | |
| By Order Of: | [Name of Sender and Ref Num] | | |



DOMO, Inc.
802 E 1050 S
American Fork UT 84003
United States

# Invoice

#100-57457

5/8/2024

| Total Qty | Invoice Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 0.333 | PL03030014 | Integration Studio | $0.00 | $0.00 |
| 1 | 0.333 | PL11200009 | Integration Cloud (Existing Customer Write-back) | $0.00 | $0.00 |
| 1 | 0.333 | PL11200030 | Data Science Tiles 1 | $0.00 | $0.00 |
| 1 | 0.333 | PL11200017 | AutoML | $0.00 | $0.00 |
| 1 | 0.333 | PL11200034 | Jupyter Access | $0.00 | $0.00 |
| 1 | 0.333 | PL11200016 | Introductory Adrenaline Dataflows - Up to 500B Rows | $0.00 | $0.00 |
| 1 | 0.333 | DE04060005 | Domo Everywhere Starter | $0.00 | $0.00 |
| 1 | 0.333 | PL12200037 | Workflows Access | $0.00 | $0.00 |
| 1 | 0.333 | AP03170036 | Campaigns App (Includes 10,000 messages) | $30,000.00 | $10,000.00 |
| 1 | 0.5 | PS01010028 | Silver Support + Education Bundle | $30,000.00 | $15,000.00 |

|  |  |
|---|---|
| Subtotal | $145,000.00 |
| Tax Total (8.25%) | $9,735.00 |
| Amount Paid | $0.00 |
| **Total Due** | **$154,735.00** |

**Automatic Direct Debit Payment Instructions:**

To setup your automatic direct debit payment, please click here or contact your AR Specialist by responding to the invoice email, by emailing orders@domo.com, or by calling +1-801-418-9070 (Monday-Friday 8am-5pm MST).

| Wiring & ACH Instructions | | Instructions for Mail | |
|---|---|---|---|
| Pay To: | JPMorgan Chase<br>270 Park Avenue<br>New York, NY 10017 | For delivery via regular US postal service: | |
| | | Lockbox Name: | DOMO, INC. |
| For ACH Delivery: | | Lockbox Address: | PO Box 737539<br>Dallas, TX 75373-7539 |
| Primary Bank Routing Number: | 124001545 | For delivery via overnight courier service: | |
| Account Number: | 932652602 | Lockbox Name: | JPMorgan Chase (TX1-0029)<br>Attn: DOMO, INC. 737539 |
| Account Name: | Domo, Inc | | |
| For Wire Transfers: | | Lockbox Address: | 14800 Frye Road, 2nd Floor<br>Ft Worth, TX 76155 |
| Bank Routing Number: | 021000021 | | |
| SWIFT Code: | CHASUS33 | | |
| Account Number: | 932652602 | | |
| Account Name: | Domo, Inc | | |
| By Order Of: | [Name of Sender and Ref Num] | | |



DOMO, Inc.
802 E 1050 S
American Fork UT 84003
United States

# Invoice

#100-62132

1/31/2025

**Bill To**
Grunt Style, LLC
900 Broadway St.
San Antonio TX 78215
United States

**Ship To**
Grunt Style, LLC
900 Broadway St.
San Antonio TX 78215
United States

**Total Due**

USD $176,055.00

Due Date: 3/2/2025

VAT / GST Number (if applicable)

| Terms | Due Date | PO # | Sales Rep | Contract Start Date | Contract Term |
|---|---|---|---|---|---|
| Net 30 | 3/2/2025 | SO Renewal Amendment | 2624 Jameson King | 4/28/2023 | 37.323 |

| Total Qty | Invoice Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 1 | PL01010013 | Domo License Bundle Platform - Includes 5 Users and 50M Data Rows | $140,000.00 | $140,000.00 |
| 1 | 0.333 | BU01020015 | Unlimited Platform Users | $0.00 | $0.00 |
| 1 | 1 | PL12200035 | Execution Credits - Includes 90,000 Credits | $0.00 | $0.00 |
| 1 | 0.333 | RV00000001 | Legacy Execution Blocks - 450,000 Credits | $0.00 | $0.00 |
| 1 | 0.333 | PL11200021 | Domo Sandbox (Standard) | $0.00 | $0.00 |
| 1 | 0.333 | PL11200031 | Governance Toolkit | $0.00 | $0.00 |
| 1 | 0.333 | BK01010003 | Brand Kit | $0.00 | $0.00 |

**Automatic Direct Debit Payment Instructions:**

To setup your automatic direct debit payment, please click here or contact your AR Specialist by responding to the invoice email, by emailing: orders@domo.com, or by calling +1-801-418-9070 (Monday-Friday 8am-5pm MST).

**Wiring & ACH Instructions**

Pay To: JPMorgan Chase
270 Park Avenue
New York, NY 10017

For ACH Delivery:
Primary Bank Routing Number: 124001545
Account Number: 932652602
Account Name: Domo, Inc

For Wire Transfers:
Bank Routing Number: 021000021
SWIFT Code: CHASUS33
Account Number: 932652602
Account Name: Domo, Inc
By Order Of: (Name of Sender and Ref Num)

**Instructions for Mail**

For delivery via regular US postal service:
Lockbox Name: DOMO, INC.
Lockbox Address: PO Box 737539
Dallas, TX 75373-7539

For delivery via overnight courier service:
Lockbox Name: JPMorgan Chase (TX1-0029)
Attn: DOMO, INC. 737539
Lockbox Address: 14800 Frye Road, 2nd Floor
Ft Worth, TX 76155



DOMO, Inc.
802 E 1050 S
American Fork UT 84003
United States

# Invoice

#100-62132

1/31/2025

| Total Qty | Invoice Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 0.333 | PL03030014 | Integration Studio | $0.00 | $0.00 |
| 1 | 0.333 | PL11200009 | Integration Cloud (Existing Customer Write-back) | $0.00 | $0.00 |
| 1 | 0.333 | PL11200030 | Data Science Tiles 1 | $0.00 | $0.00 |
| 1 | 0.333 | PL11200017 | AutoML | $0.00 | $0.00 |
| 1 | 0.333 | PL11200034 | Jupyter Access | $0.00 | $0.00 |
| 1 | 0.333 | PL11200016 | Introductory Adrenaline Dataflows - Up to 500B Rows | $0.00 | $0.00 |
| 1 | 0.333 | DE04060005 | Domo Everywhere Starter | $0.00 | $0.00 |
| 1 | 0.333 | PL12200037 | Workflows Access | $0.00 | $0.00 |
| 1 | 0.333 | AP03170036 | Campaigns App (Includes 10,000 messages) | $30,000.00 | $10,000.00 |
| 1 | 0.5 | PS01010028 | Silver Support + Education Bundle | $30,000.00 | $15,000.00 |

|  |  |
|---|---|
| Subtotal | $165,000.00 |
| Tax Total (8.25%) | $11,055.00 |
| Amount Paid | $0.00 |
| **Total Due** | **$176,055.00** |

**Automatic Direct Debit Payment Instructions:**

To setup your automatic direct debit payment, please click here or contact your AR Specialist by responding to the invoice email, by emailing orders@domo.com, or by calling +1-801-418-9970 (Monday-Friday 8am-5pm MST).

**Wiring & ACH Instructions**

| Pay To: | JPMorgan Chase |
| | 270 Park Avenue |
| | New York, NY 10017 |
| **For ACH Delivery:** | |
| Primary Bank Routing Number: | 124001545 |
| Account Number: | 932652602 |
| Account Name: | Domo, Inc |
| **For Wire Transfers:** | |
| Bank Routing Number: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Account Number: | 932652602 |
| Account Name: | Domo, Inc |
| By Order Of: | [Name of Sender and Ref Num] |

**Instructions for Mail**

| For delivery via regular US postal service: | |
| Lockbox Name: | DOMO, INC. |
| Lockbox Address: | PO Box 737539 |
| | Dallas, TX 75373-7539 |
| **For delivery via overnight courier service:** | |
| Lockbox Name: | JPMorgan Chase (TX1-0029) |
| | Attn: DOMO, INC. 737539 |
| Lockbox Address: | 14800 Frye Road, 2nd Floor |
| | Ft Worth, TX 76155 |

DocuSign Envelope ID: C6F69A17-817A-4E2A-A4E1-D90B565B3F9D

# SERVICE ORDER

**Subscriber Name:** Grunt Style LLC
**Primary Contact:** Adam Odegard
**Primary Contact Phone:** (877) 554-7868

**Effective Date:** May 2, 2023
**Initial Term Start Date:** April 28, 2023
**Initial Term End Date:** June 6, 2026

| One-time Co-term Subscription Services | Co-Term Fees (US$) |
|---|---|
| New Domo License Bundle Platform Upgrade includes 53,600 Execution Credits, 450,000 Legacy Execution Credits, 850 million Base Data Storage Rows, Domo Sandbox, Governance Toolkit, Brand Kit, Integration Studio, Writeback Connector Suite, AutoML, Jupyter, Adrenaline Dataflows, Domo Everywhere Impressions, Workflows and Campaigns App purchased from 4/28/2023 – 6/6/2023<br>• Annual Contract Cost: $53,600.00 pro-rated for 40 days | $5,935.16 |
| **Total Co-Term Fees** | **$5,935.16** |

| Subscription Services – June 7, 2023 - June 6, 2026 | Annual Fees (USD) | |
|---|---|---|
| **Domo License Bundle Platform**<br>• Authorized Users: Unlimited Authorized Users<br>• Data Connections (standard connectors, Workbench & Workbench API)<br>• Data Refresh: high frequency<br>• Standard Admin Controls<br>• Execution Credits:<br>  • Year 1: 53,600<br>  • Year 2: 70,000<br>  • Year 3: 90,000<br>• Card Views:<br>  • Year 1: 6.816 million<br>  • Year 2: 7.8 million<br>  • Year 3: 9 million<br>• Legacy Execution Credits: 450,000<br>• Base Data Storage:<br>  • Storage Rows: 850 million<br>  • Multi-Cloud and/or Virtual Rows: 1.7 million<br>• Domo Sandbox<br>• Governance Toolkit<br>• Brand Kit<br>• Integration Studio<br>• Writeback Connector Suite<br>• Data Science Tiles<br>• AutoML<br>• Jupyter<br>• Adrenaline Dataflows<br>• Domo Everywhere Starter Impressions (limited by the number the card views specified above)<br>• Workflows | Year 1 | $103,600.00 |
| | Year 2 | $120,000.00 |
| | Year 3 | $140,000.00 |
| **Campaigns App:** includes 10,000 monthly messages | | $10,000.00 |
| **Silver Support + Education Package**<br>• 2 Authorized Contacts<br>• 24/7 Phone Support<br>• Cases handled by Sr Tech Advisor<br>• Response SLAs<br>• Guided Education & Certification | Year 2 | $15,000.00 |
| | Year 3 | $15,000.00 |
| **Total Year 1 Annual Subscription Fees** | | **$113,600.00** |

| One-time Services | | | One-time Fees (USD) | |
|---|---|---|---|---|
| Custom Consulting Hours (hours expire after one year) | Unit Price: $250.00 | QTY: 100 | | $25,000.00 |
| | | **Total One-time Fees** | | **$25,000.00** |

**Pricing Expires:** May 17, 2023

| Payment Schedule | | Invoice Amount |
|---|---|---|
| One-time Services Fees | Invoice on Effective Date, payment due Net 30 | $25,000.00 |
| One-time Co-term Fees | Invoice on Effective Date, payment due Net 30 | $5,935.16 |
| Subscription Fees – Year 1 | Invoice on Effective Date, payment due Net 30 | $113,600.00 |
| Subscription Fees – Year 2 | Invoice on May 8, 2024, payment due Net 30 | $145,000.00 |
| Subscription Fees – Year 3 | Invoice on May 8, 2025, payment due Net 30 | $165,000.00 |

DocuSign Envelope ID: C6F69A17-817A-4E2A-A4E1-D90B565B3F9D

# SERVICE ORDER



**Terms Specific to Execution Credits**

Execution credits apply to the activities specified in the table below, whether within an instance of the Domo Platform utilized by Subscriber or its Affiliates, within an End Customer Account (if applicable), or within an app. Subscriber must ensure that execution credit utilization, aggregated across all instances of the Domo Platform, all End Customer Accounts, and all apps, does not exceed the number of execution credits purchased by Subscriber. Execution credits expire at the end of the applicable annual term.

During the Initial Term of this Service Order, Subscriber may purchase additional execution credits at the standard rate specified below (the "Standard Rate"). If, at any time during the Initial Term, execution credit utilization, aggregated across all instances of the Domo platform, all End Customer Accounts (if applicable), and all apps, exceeds the number of execution credits specified above, Domo will invoice Subscriber, and Subscriber will pay, for the excess usage at the overage rate specified below (the "Overage Rate").

Standard Rate: $1.00 per credit/year
Overage Rate: $1.20 per credit/year

| Execution Types | Execution Definitions | Number of Execution Credits |
|---|---|---|
| Data Storage Rows | Number of storage rows and virtual or multi-cloud rows.<br>• Storage rows refer to rows stored in the Domo Platform.<br>• Virtual rows refer to virtual rows in the Domo Platform via Views or Fusion.<br>• Multi-Cloud rows refer to rows that live in another environment being queried by Domo. | 1 per million storage rows (or per two million virtual or multi-cloud rows) per month.<br><br>Usage is rounded up to the next million (or, for virtual and multi-cloud data rows, up to the next two million).[1] |
| Data Ingest | Completed activity that appends, replaces, deletes, or upserts data in the Domo Platform via a connector, file upload, API, CLI, SDK, workbench, webhooks, or through a custom ingestion pipeline. | 1 per table created/updated[2] |
| Data Written | Completed activity that writes data to an external system (writeback) | 1 per table written[3] |
| Dataflows (Magic v1, Magic v2, Redshift, & MySQL) | Completed execution for Magic ETL v1, Magic ETL v2, Redshift, & MySQL Dataflows | 1 per output table created/updated[2] |
| Dataflows (Adrenaline) | Completed execution for Adrenaline dataflows | 3 per output table created/updated |
| Dataflows - Data Science | Completed Magic ETL v1 and v2 dataflows execution that contains Data Science tiles, or R or Python tiles in use. | 2 per data upload action completed when a table (dataset) is updated/created[4] |
| AutoML (Training) | Completed AutoML model training run, or a re-training run. | 1 per training or re-training run |
| AutoML (Prediction) | Completed dataflow execution with AutoML inference tile in use. | 1 per AutoML inference tile in the dataflow |
| Jupyter | Activity that uses Jupyter resources. Subscriber will select the tier processing speed for each execution. Execution credit usage is calculated based on the time from when a workspace is opened until it is stopped and the Jupyter dataflows execution time, rounded up to 5-minute increments. | Number of execution credits per hour is based on the tier selected for the applicable Jupyter execution as set forth in the table below.[5] |
| Workflows | Completed step in a workflow that is a user task or service task or the start of a workflow. | 1 per 25 tasks or workflow starts. |

[1] Each one million storage rows includes two million virtual or multi-cloud rows. For example, if Subscriber utilizes 1M storage rows and 1.5M virtual/multi-cloud rows in a particular month, Subscriber will have consumed one execution credit. If Subscriber utilizes 1M storage rows and 2.2M virtual/multi-cloud rows in a particular month, Subscriber will have consumed two execution credits, but Subscriber will have an additional 1M storage rows to utilize without consuming another execution credit.

[2] For table updates, execution credit consumption per table will be capped as follows: 15 minute table refresh rate—execution credits will be capped at 20 execution credits per day, provided that total data rows updated or written/added do not exceed 2M per day; 30 minute table refresh rate—execution credits will be capped at 15 execution credits per day, provided that total day rows updated or written/added do not exceed 3M per day; one hour table refresh rate—execution credits will be capped at 10 execution credits per day, provided that total day rows updated or written/added do not exceed 4M per day.

[3] For each table written, execution credit consumption per table will be capped as follows: 15 minute table refresh rate—execution credits will be capped at 20 execution credits per day, provided that total data rows written or exported do not exceed 2M per day; 30 minute table refresh rate—execution credits will be capped at 15 execution credits per day, provided that total day rows written or exported do not exceed 3M per day; one hour table refresh rate—execution credits will be capped at 10 execution credits per day, provided that total day rows written or exported do not exceed 4M per day.

[4] For example, if a Magic ETL v1 dataflow execution completes with 2 output tables and utilizes 3 Python tiles, the number of execution credits consumed will be: 1 × 2 (1 credit per output table) + 1 × 3 (1 credit per Python tile) for a total of 5 execution credits.

[5] For example, if Tier 9 is selected and an activity takes 1 hour and 7 minutes, activity time is rounded to 1 hour and 10 minutes, and execution credits consumed will be: 48.6 (for one full hour) + (48.6 ÷ 12 × 2) (for 10 mins) for a total of 56.7 execution credits.

DocuSign Envelope ID: C6F69A17-817A-4E2A-A4E1-D90B565B3F9D

# SERVICE ORDER



| Jupyter Compute Tier | Number of Execution Credits Per Hour |
|---|---|
| Tier 1 | 0.4 |
| Tier 2 | 0.8 |
| Tier 3 | 1.5 |
| Tier 4 | 3.0 |
| Tier 5 | 5.1 |
| Tier 6 | 8.7 |
| Tier 7 | 15.2 |
| Tier 8 | 27.0 |
| Tier 9 | 48.6 |

**Terms Specific to Card Views**
Card views refer to any time a card, app, or other visual is loaded, refreshed, drilled, or filtered on any page/dashboard or anywhere it is embedded. Card views includes any such activity within the Domo Platform or as part of the Domo Everywhere suite of services. Total card views, aggregated across the Domo Platform and Domo Everywhere suite of services, may not exceed the total number of card views that are included with the execution credits purchased by Subscriber ("Permitted Card Views").

Additional card views are available through purchase of additional execution credits. Each purchased execution credit includes 60 card views. During the Initial Term of this Service Order, Subscriber may purchase additional execution credits at the Standard Rate. If, at any time during the Initial Term of this Service Order, total card views, aggregated across the Domo Platform, the Domo Everywhere suite of services, and all apps, exceed the Permitted Card Views, Domo will invoice Subscriber, and Subscriber will pay, for additional execution credits sufficient to cover the card view overage at the Overage Rate.

**Terms Specific to Base Data Storage Rows**
The Subscription Services under this Service Order include base data storage in the amount specified above. Base data storage rows will not be counted toward execution credits under this Service Order. Any storage rows or virtual or multi-cloud rows in excess of the above-specified number of base data storage rows will count toward execution credits.

**Terms Specific to Legacy Execution Credits**
Prior to the above Effective Date, Domo did a snapshot of Subscriber's pre-existing datasets, dataflows of all types (including Data Science scripting and action tiles, R & Python tiles, AutoML tiles, and writeback tiles), data exported/written (including writeback connectors, scheduled export jobs, scheduled alerts, and any apps that update/write data to datasets), Workbench jobs, and AutoML datasets that train/re-train within the Domo Platform ("Legacy Content"). The Subscription Services under this Service Order include non-billable legacy execution credits that will be applied to executions against Legacy Content, up to the number of legacy execution credits specified above, except in the following circumstances:

- Material changes are made to the schema of the Legacy Content (e.g., new columns are added, data types under a column are altered, etc.);
- Row count materially changes;
- New inputs or outputs are added to dataflows;
- There is a material increase in the frequency of executions;
- A new source is added to a Legacy Content (e.g., there is change in connector sources); or
- A new destination is added to Legacy Content (e.g., new dataflow outputs or inputs or a new target system for a writeback connector is added to Legacy Content).

Domo will monitor Legacy Content for any of the above exceptions and will provide Subscriber with a report of any such exceptions. Exceptions will be counted as new content and executions against that new content will count toward billable execution credits.

Executions against Legacy Content in excess of the above-specified number of legacy execution credits will count toward billable execution credits. Legacy execution credits expire at the end of the applicable annual term. Legacy execution credits apply only to Legacy Content and cannot be used for any new content.

**Terms Specific to Domo Everywhere Starter Impressions**
Domo Everywhere Starter Impressions is for view-only access to cards and dashboards by: (i) employees of Subscriber and its Affiliates for their own internal business purposes, and (ii) Subscriber's customers, vendors or partners in connection with the standard business conducted between Subscriber and such third parties ("End Customers"). For clarity, such customers and other third parties are not authorized to log in to the Domo Platform as Authorized Users. Access to a card or dashboard as part of Domo Everywhere Starter Impressions is a card view and counts toward the Permitted Card Views.

DocuSign Envelope ID: C6F69A17-817A-4E2A-A4E1-D90B565B3F9D



# SERVICE ORDER

**General Terms & Conditions**
- This Service Order is between you (the Subscriber identified above) and Domo, Inc. as of the Effective Date specified above. This Service Order is subject to the Domo Software as a Service Agreement located at www.domo.com/service-terms (the "Service Agreement").
- This Service Order may be signed using an electronic or handwritten signature, which are of equal effect, whether on original or electronic copies.
- The Services described above replace the last year of the Initial Term (June 7, 2023 – June 6, 2024) of the Subscription Services licensed under the Service Order.

| Subscriber DocuSigned by: *Adam Odegard*   Date 17-May-2023  Print Name: Adam Odegard   Title: Director of I.T. | Domo, Inc. DocuSigned by: *Jim Sbarra*   Date 17-May-2023  Print Name: Jim Sbarra   Title: VP of Sales Strategy |
|---|---|
| Billing Address:<br>900 Broadway St<br>San Antonio, TX 78215-1519 | Address:<br>772 E. Utah Valley Drive<br>American Fork, UT 84003 |
| Billing Contact: Adam Odegard | Attention: Finance Department |
| Billing Phone Number: (877) 554-7868 | Phone Number: (801) 805-9400 |
| Billing E-Mail Address: adam.odegard@gruntstyle.com | E-Mail Address: orders@domo.com |
| Project Manager: | Account Executive: Jameson King |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lane Snively on behalf of Kristen Huff
Bar No. 24034494
clerk3@barnettgarcia.com
Envelope ID: 109891064
Filing Code Description: Petition
Filing Description:
Status as of 1/12/2026 8:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristen D.Huff | | kristen@barnettgarcia.com | 1/9/2026 4:56:43 PM | NOT SENT |