**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DOMO, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 5:26-CV-00940-MA |
| | § | |
| GRUNT STYLE, LLC | § | |
|     Defendant. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

On January 9, 2026, Plaintiff Domo, Inc. sued Defendant Grunt Style, LLC d/b/a Grunt Style in Texas state court. *See* Dkt. 1-3. On February 12, 2026, Defendant removed that lawsuit to this Court but has not yet filed an answer or moved for summary judgment. *See* Dkt. 1. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its claims against Defendant without prejudice.

Respectfully submitted,

BARNETT & GARCIA
A Professional Limited Liability Company
3821 Juniper Trace, Suite 108
Austin, Texas 78738
TELEPHONE: (512) 266-8830
FACSIMILE: (512) 266-8803

*/s/Matias Eduardo Garcia*
Matias Eduardo Garcia
State Bar No. 24012675
matt@barnettgarcia.com

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DOMO, INC. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 5:26-CV-00940-MA |
| | § | |
| GRUNT STYLE, LLC | § | |
| Defendant. | § | |

## <u>ORDER</u>

After considering the Plaintiff Domo, Inc.'s Notice of Dismissal without Prejudice, the

Court:

GRANTS the motion and dismisses this cause without prejudice as to the Defendant, Grunt

Style, LLC.

Signed on this the _____ day of April, 2026.

 

 

_____
HON. MICAELA ALVAREZ

NA65765.001